No. 96–9093. WILLIAMS *v.* ALLSTATE INSURANCE CO. C. A. 7th Cir. Certiorari denied.

No. 96–9095. HOSKINS *v.* STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 96–9097. HOKE *v.* ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 96–9099. FRAZER *v.* MILLINGTON ET AL. Sup. Ct. Va. Certiorari denied.

No. 96–9106. JOHNSON *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 96–9107. MYERS *v.* MICHELA. Ct. App. Ariz. Certiorari denied.

No. 96–9108. JONES *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 96–9109. LOMAX *v.* LANDWEHR ET AL. Ct. App. Wis. Certiorari denied.

No. 96–9111. KENNEDY *v.* STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 96–9113. ARTEAGA *v.* UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT. C. A. 9th Cir. Certiorari denied.

No. 96–9118. FRACTION *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–9119. ANTONOV *v.* COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC SOCIAL SERVICES. C. A. 9th Cir. Certiorari denied.

No. 96–9121. TATE *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 96–9125. SPRADLIN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.